BENJAMIN TAISHOFF et al., Doing Business as TAISHOFF BROS., Respondents, *v.* NATHAN COYNE et al., Appellants.

*Taishoff* v. *Coyne*, 141 App. Div. ——, appeal dismissed.
(Submitted January 16, 1911; decided January 24, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1910, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover for labor and materials furnished.

The motion was made on the ground that the appeal was frivolous, no question of law being involved.

*Abraham B. Schleimer* for motion.

*Hyman Lurio* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.